UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STERLING RESOURCES CORP, ET AL. | CIVIL ACTION NO. 21-cv-2517 |
| VERSUS | JUDGE SUMMERHAYS |
| WELFONT GROUP, LLC, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Rule 12(b)(6) Motion of the Welfont Group, LLC ("Welfont") to Dismiss Plaintiff Leblanc's Complaint in Full and to Dismiss Certain Claims of Plaintiff Sterling as Time-Barred and for Failure to State a Claim" [Doc. 27] is GRANTED IN PART AND DENIED IN PART, as follows:

IT IS ORDERED that the motion to dismiss is GRANTED with respect to Leblanc's claims for injury to the corporation itself, including damages for the disparity in Sterling's sell price and the fair market value, interest or judicial interest, and the attorneys' fees incurred by Sterling, such claims are foreclosed.

IT IS FURTHER ORDERED that the motion to dismiss is DENIED with respect to Leblanc's claims for any additional tax, penalties, and interest assessed against him individually by the IRS.

IT IS FURTHER ORDERED that the motion to dismiss the plaintiffs' LUTPA claims on grounds they are time-barred is DENIED.

IT IS FURTHER ORDERED that the motion to dismiss the plaintiffs' claims for treble damages and attorneys' fees under LUTPA is DENIED at this time.

IT IS FURTHER ORDERED that the motion to dismiss the plaintiffs' tort-based claims on grounds they are time-barred is DENIED.

IT IS FURTHER ORDERED that the motion to dismiss the plaintiffs' claims arising under Article 2315 for violation of the duties set forth in La. Rev. Stat. 37:1455 is DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this the 3rd day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE