UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

STERLING RESOURCES CORPORATION    CIVIL ACTION NO. 6:21-cv-02517
and ARTHUR C. LEBLANC, JR.

VERSUS    JUDGE: Hon. Robert R. Summerhays

THE WELLFONT GROUP, LLC;
TAX APPRAISAL GROUP, LLC; BRYANT    MAG. JUDGE: Hon. Carol B. Whitehurst
ASSET ADVISORS, LLC; SHAWN MARCELL;
ANDREW BRYANT; CHRISTOPHER BRYANT
AND LYNDA SCULL

---

### SUPPLEMENTAL AND AMENDED ANSWER TO PLAINTIFFS' ORIGINAL COMPLAINT FOR DAMAGES, FIRST AMENDING COMPLAINT FOR DAMAGES AND SECOND AMENDED COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Hiscox Insurance Company, Inc. ("Hiscox"), who, for answer to the Complaint for Damages of Sterling Resources Corporation and Arthur C. LeBlanc, Jr., respectfully avers as follows.

### Supplemental and Amended Answer to Original Complaint for Damages

I.

The allegations contained in Paragraph 1 of Plaintiffs' Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

II.

The allegations contained in Paragraph 2 of Plaintiffs' Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

III.

The allegations contained in Paragraph 3 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraphs 4(a) and 4(b) of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraphs 4(a) and 4(b) are denied for lack of sufficient information to justify a belief therein.

**GENERAL ALLEGATIONS**

V.

The allegations contained in Paragraph 5 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 5 are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph 6 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 6 are denied for lack of sufficient information to justify a belief therein.

VII.

The allegations contained in Paragraph 7 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

VIII.

The allegations contained in Paragraph 8 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 8 are denied for lack of sufficient information to justify a belief therein.

**BACKGROUND AS TO THE WELFONT GROUP, LLC**

IX.

The allegations contained in Paragraph 9 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

X.

The allegations contained in Paragraph 10 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

XI.

The allegations contained in Paragraph 11 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 11 are denied for lack of sufficient information to justify a belief therein.

XII.

The allegations contained in Paragraph 12 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

XIII.

The allegations contained in Paragraph 13 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

XIV.

The allegations contained in Paragraph 14 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

XV.

The allegations contained in Paragraph 15 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 15 are denied for lack of sufficient information to justify a belief therein.

## XVI.

The allegations contained in Paragraph 16 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 16 are denied for lack of sufficient information to justify a belief therein.

## XVII.

The allegations contained in Paragraph 17 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 17 are denied for lack of sufficient information to justify a belief therein.

## XVIII.

The allegations contained in Paragraph 18 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 18 are denied for lack of sufficient information to justify a belief therein.

## XIX.

The allegations contained in Paragraph 19 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 19 are denied for lack of sufficient information to justify a belief therein.

XX.

The allegations contained in Paragraph 20 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 20 are denied for lack of sufficient information to justify a belief therein.

XXI.

The allegations contained in Paragraph 21 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 21 are denied for lack of sufficient information to justify a belief therein.

XXII.

The allegations contained in Paragraph 22 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 22 are denied for lack of sufficient information to justify a belief therein.

XXIII.

The allegations contained in Paragraph 23 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 23 are denied for lack of sufficient information to justify a belief therein.

XXIV.

The allegations contained in Paragraph 24 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 24 are denied for lack of sufficient information to justify a belief therein.

## THE LETTER OF INTENT

### XXV.

The allegations contained in Paragraph 25 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 25 are denied for lack of sufficient information to justify a belief therein.

### XXVI.

The allegations contained in Paragraph 26 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 26 are denied for lack of sufficient information to justify a belief therein.

### XXVII.

The allegations contained in Paragraph 27 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 27 are denied for lack of sufficient information to justify a belief therein.

### XXVIII.

The allegations contained in Paragraph 28 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 28 are denied for lack of sufficient information to justify a belief therein.

XXIX.

The allegations contained in Paragraph 29 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 29 are denied for lack of sufficient information to justify a belief therein.

XXX.

The allegations contained in Paragraph 30 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 30 are denied for lack of sufficient information to justify a belief therein.

XXXI.

The allegations contained in Paragraph 31 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 31 are denied for lack of sufficient information to justify a belief therein.

XXXII.

The allegations contained in Paragraph 32 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 32 are denied for lack of sufficient information to justify a belief therein.

XXXIII.

The allegations contained in Paragraph 33 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 33 are denied for lack of sufficient information to justify a belief therein.

### REAL ESTATE PURCHASE AGREEMENT

#### XXXIV.

The allegations contained in Paragraph 34 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 34 are denied for lack of sufficient information to justify a belief therein.

#### XXXV.

The allegations contained in Paragraph 35 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 35 are denied for lack of sufficient information to justify a belief therein.

#### XXXVI.

The allegations contained in Paragraph 36 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 36 are denied for lack of sufficient information to justify a belief therein.

#### XXXVII.

The allegations contained in Paragraph 37 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 37 are denied for lack of sufficient information to justify a belief therein.

XXXVIII.

The allegations contained in Paragraph 38 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 38 are denied for lack of sufficient information to justify a belief therein.

**THE APPRAISAL REPORT**

XXXIX.

The allegations contained in Paragraph 39 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 39 are denied for lack of sufficient information to justify a belief therein.

XL.

The allegations contained in Paragraph 40 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 40 are denied for lack of sufficient information to justify a belief therein.

XLI.

The allegations contained in Paragraph 41 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 41 are denied for lack of sufficient information to justify a belief therein.

## XLII.

The allegations contained in Paragraph 42 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 42 are denied for lack of sufficient information to justify a belief therein.

## XLIII.

The allegations contained in Paragraph 43 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 43 are denied for lack of sufficient information to justify a belief therein.

## XXXIV.

The allegations contained in Paragraph 44 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 44 are denied for lack of sufficient information to justify a belief therein.

## XLV.

The allegations contained in Paragraph 45 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 45 are denied for lack of sufficient information to justify a belief therein.

## XLVI.

The allegations contained in Paragraph 46 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 46 are denied for lack of sufficient information to justify a belief therein.

## XLVII.

The allegations contained in Paragraph 47 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 47 are denied for lack of sufficient information to justify a belief therein.

## XLVIII.

The allegations contained in Paragraph 48 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 48 are denied for lack of sufficient information to justify a belief therein.

## XLIX.

The allegations contained in Paragraph 49 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 49 are denied for lack of sufficient information to justify a belief therein.

## L.

The allegations contained in Paragraph 50 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 50 are denied for lack of sufficient information to justify a belief therein.

**THE TRANSACTIONS - MARCH 2017**

LI.

The allegations contained in Paragraph 51 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 51 are denied for lack of sufficient information to justify a belief therein.

LII.

The allegations contained in Paragraph 52 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 52 are denied for lack of sufficient information to justify a belief therein.

LIII.

The allegations contained in Paragraph 53 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 53 are denied for lack of sufficient information to justify a belief therein.

LIV.

The allegations contained in Paragraph 54 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 54 are denied for lack of sufficient information to justify a belief therein.

**THE SUBSEQUENT SALE**

LV.

The allegations contained in Paragraph 55 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 55 are denied for lack of sufficient information to justify a belief therein.

LVI.

The allegations contained in Paragraph 56 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 56 are denied for lack of sufficient information to justify a belief therein.

LVII.

The allegations contained in Paragraph 57 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 57 are denied for lack of sufficient information to justify a belief therein.

LVIII.

The allegations contained in Paragraph 58 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 58 are denied for lack of sufficient information to justify a belief therein.

**THE AUDIT**

**LIX.**

The allegations contained in Paragraph 59 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 59 are denied for lack of sufficient information to justify a belief therein.

**LX.**

The allegations contained in Paragraph 60 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 60 are denied for lack of sufficient information to justify a belief therein.

**LXI.**

The allegations contained in Paragraph 61 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 61 are denied for lack of sufficient information to justify a belief therein.

**FALSE STATEMENTS OF BAA, ANDREW BRYANT, CHRISTOPHER BRYANT, TAG AND/OR LYNDA SCULL**

**LXII.**

The allegations contained in Paragraph 62 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 62 are denied for lack of sufficient information to justify a belief therein.

LXIII.

The allegations contained in Paragraph 63 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 63 are denied for lack of sufficient information to justify a belief therein.

LXIV.

The allegations contained in Paragraph 64 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 64 are denied for lack of sufficient information to justify a belief therein.

LXV.

The allegations contained in Paragraph 65 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 65 are denied for lack of sufficient information to justify a belief therein.

LXVI.

The allegations contained in Paragraph 66 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 66 are denied for lack of sufficient information to justify a belief therein.

LXVII.

The allegations contained in Paragraph 67 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that

same may be deemed necessary, the allegations of Paragraph 67 are denied for lack of sufficient information to justify a belief therein.

## LXVIII.

The allegations contained in Paragraph 68 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 68 are denied for lack of sufficient information to justify a belief therein.

## LXIX.

The allegations contained in Paragraph 69 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 69 are denied for lack of sufficient information to justify a belief therein.

## **CAUSES OF ACTION**

### **Breach of Contract**

## LXX.

The allegations contained in Paragraph 70 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 70 are denied for lack of sufficient information to justify a belief therein.

## LXXI.

The allegations contained in Paragraph 71 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent

that same may be deemed necessary, the allegations of Paragraph 71 are denied for lack of sufficient information to justify a belief therein.

LXXII.

The allegations contained in Paragraph 72 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 72 are denied for lack of sufficient information to justify a belief therein.

LXXIII.

The allegations contained in Paragraph 73 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 73 are denied for lack of sufficient information to justify a belief therein.

LXXIV.

The allegations contained in Paragraph 74 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 74 are denied for lack of sufficient information to justify a belief therein.

LXXV.

The allegations contained in Paragraph 75 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 75 are denied for lack of sufficient information to justify a belief therein.

LXXVI.

The allegations contained in Paragraph 76 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 76 are denied for lack of sufficient information to justify a belief therein.

**Negligent Misrepresentation**

LXXVII.

The allegations contained in Paragraph 77 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

LXXVIII.

The allegations contained in Paragraph 78 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 78 are denied for lack of sufficient information to justify a belief therein.

LXXIX.

The allegations contained in Paragraph 79 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 79 are denied for lack of sufficient information to justify a belief therein.

LXXX.

The allegations contained in Paragraph 80 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent

that same may be deemed necessary, the allegations of Paragraph 80 are denied for lack of sufficient information to justify a belief therein.

## LXXXI.

The allegations contained in Paragraph 81 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 81 are denied for lack of sufficient information to justify a belief therein.

## LXXXII.

The allegations contained in Paragraph 82 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 82 are denied for lack of sufficient information to justify a belief therein.

## LXXXIII.

The allegations contained in Paragraph 83 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 83 are denied for lack of sufficient information to justify a belief therein.

## LXXXIV.

The allegations contained in Paragraph 84 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 84 are denied for lack of sufficient information to justify a belief therein.

LXXXV.

The allegations contained in Paragraph 85 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 85 are denied for lack of sufficient information to justify a belief therein.

LXXXVI.

The allegations contained in Paragraph 86 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 86 are denied for lack of sufficient information to justify a belief therein.

LXXXVII.

The allegations contained in Paragraph 87 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 87 are denied for lack of sufficient information to justify a belief therein.

LXXXVIII.

The allegations contained in Paragraph 88 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 88 are denied for lack of sufficient information to justify a belief therein.

LXXXIX.

The allegations contained in Paragraph 89 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent

that same may be deemed necessary, the allegations of Paragraph 89 are denied for lack of sufficient information to justify a belief therein.

### Article 2315 – Statutory Violations that Caused Sterling Damages

#### XC.

The allegations contained in Paragraph 90 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

#### XCI.

The allegations contained in Paragraph 91 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 91 are denied for lack of sufficient information to justify a belief therein.

#### XCII.

The allegations contained in Paragraph 92 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 92 are denied for lack of sufficient information to justify a belief therein.

#### XCIII.

The allegations contained in Paragraph 93 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 93 are denied for lack of sufficient information to justify a belief therein.

XCIV.

The allegations contained in Paragraph 94 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 94 are denied for lack of sufficient information to justify a belief therein.

XCV.

The allegations contained in Paragraph 95 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 95 are denied.

**Negligence**

XCVI.

The allegations contained in Paragraph 96 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

XCVII.

The allegations contained in Paragraph 97 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 97 are denied for lack of sufficient information to justify a belief therein.

XCVIII.

The allegations contained in Paragraph 98 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 98 are denied for lack of sufficient information to justify a belief therein.

XCIX.

The allegations contained in Paragraph 99 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 99 are denied for lack of sufficient information to justify a belief therein.

C.

The allegations contained in Paragraph 100 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 100 are denied for lack of sufficient information to justify a belief therein.

CI.

The allegations contained in Paragraph 101 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 101 are denied for lack of sufficient information to justify a belief therein.

**Fraud**

CII.

The allegations contained in Paragraph 102 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CIII.

The allegations contained in Paragraph 103 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent

that same may be deemed necessary, the allegations of Paragraph 103 are denied for lack of sufficient information to justify a belief therein.

## CIV.

The allegations contained in Paragraph 104 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 104 are denied for lack of sufficient information to justify a belief therein.

## CV.

The allegations contained in Paragraph 105 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 105 are denied for lack of sufficient information to justify a belief therein.

## CVI.

The allegations contained in Paragraph 106 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 106 are denied for lack of sufficient information to justify a belief therein.

**Louisiana Unfair Trade Practices Act**

## CVII.

The allegations contained in Paragraph 107 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CVIII.

The allegations contained in Paragraph 108 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 108 are denied for lack of sufficient information to justify a belief therein.

CIX.

The allegations contained in Paragraph 109 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 109 are denied for lack of sufficient information to justify a belief therein.

CX.

The allegations contained in Paragraph 110 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 110 are denied for lack of sufficient information to justify a belief therein.

CXI.

The allegations contained in Paragraph 111 of Plaintiffs' Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 111 are denied for lack of sufficient information to justify a belief therein.

CXII.

The allegations contained in Paragraph 112 of Plaintiffs' Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

<u>SUPPLEMENTAL AND AMENDED ANSWER TO
PLAINTIFFS' FIRST AMENDING COMPLAINT FOR DAMAGES</u>

CXIII.

The allegations contained in Paragraph 1 of Plaintiffs' First Amending Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

CXIV.

The allegations contained in Paragraph 2 of Plaintiffs' First Amending Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

CXV.

The allegations contained in Paragraph 3 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 3 are denied for lack of sufficient information to justify a belief therein.

CXVI.

The allegations contained in Paragraphs 4(a) and 4(b) of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraphs 4(a) and 4(b) are denied for lack of sufficient information to justify a belief therein.

**GENERAL ALLEGATIONS**

CXVII.

The allegations contained in Paragraph 5 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 5 are denied for lack of sufficient information to justify a belief therein.

CXVIII.

The allegations contained in Paragraph 6 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 6 are denied for lack of sufficient information to justify a belief therein.

CXIX.

The allegations contained in Paragraph 7 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 7 are denied for lack of sufficient information to justify a belief therein.

CXX.

The allegations contained in Paragraph 8 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 8 are denied for lack of sufficient information to justify a belief therein.

**BACKGROUND AS TO THE WELFONT GROUP, LLC**

CXXI.

The allegations contained in Paragraph 9 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 9 are denied for lack of sufficient information to justify a belief therein.

CXXII.

The allegations contained in Paragraph 10 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 10 are denied for lack of sufficient information to justify a belief therein.

CXXIII.

The allegations contained in Paragraph 11 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 11 are denied for lack of sufficient information to justify a belief therein.

CXXIV.

The allegations contained in Paragraph 12 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

CXXV.

The allegations contained in Paragraph 13 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

CXXVI.

The allegations contained in Paragraph 14 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however,

to the extent that same may be deemed necessary, the allegations of Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

CXXVII.

The allegations contained in Paragraph 15 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 15 are denied for lack of sufficient information to justify a belief therein.

CXXVIII.

The allegations contained in Paragraph 16 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 16 are denied for lack of sufficient information to justify a belief therein.

CXXIX.

The allegations contained in Paragraph 17 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 17 are denied for lack of sufficient information to justify a belief therein.

**PELUDE TO THE DEAL**

CXXX.

The allegations contained in Paragraph 18 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 18 are denied for lack of sufficient information to justify a belief therein.

CXXXI.

The allegations contained in Paragraph 19 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 19 are denied for lack of sufficient information to justify a belief therein.

CXXXII.

The allegations contained in Paragraph 20 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 20 are denied for lack of sufficient information to justify a belief therein.

CXXXIII.

The allegations contained in Paragraph 21 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 21 are denied for lack of sufficient information to justify a belief therein.

CXXXIV.

The allegations contained in Paragraph 22 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 22 are denied for lack of sufficient information to justify a belief therein.

CXXXV.

The allegations contained in Paragraph 23 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however,

to the extent that same may be deemed necessary, the allegations of Paragraph 23 are denied for lack of sufficient information to justify a belief therein.

CXXXVI.

The allegations contained in Paragraph 24 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 24 are denied for lack of sufficient information to justify a belief therein.

**THE LETTER OF INTENT**

CXXXVII.

The allegations contained in Paragraph 25 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 25 are denied for lack of sufficient information to justify a belief therein.

CXXXVIII.

The allegations contained in Paragraph 26 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 26 are denied for lack of sufficient information to justify a belief therein.

CXXXIX.

The allegations contained in Paragraph 27 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 27 are denied for lack of sufficient information to justify a belief therein.

CXL.

The allegations contained in Paragraph 28 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 28 are denied for lack of sufficient information to justify a belief therein.

CXLI.

The allegations contained in Paragraph 29 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 29 are denied for lack of sufficient information to justify a belief therein.

CXLII.

The allegations contained in Paragraph 30 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 30 are denied for lack of sufficient information to justify a belief therein.

CXLIII.

The allegations contained in Paragraph 31 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 31 are denied for lack of sufficient information to justify a belief therein.

CXLIV.

The allegations contained in Paragraph 32 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however,

to the extent that same may be deemed necessary, the allegations of Paragraph 32 are denied for lack of sufficient information to justify a belief therein.

CXLV.

The allegations contained in Paragraph 33 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 33 are denied for lack of sufficient information to justify a belief therein.

**REAL ESTATE PURCHASE AGREEMENT**

CXLVI.

The allegations contained in Paragraph 34 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 34 are denied for lack of sufficient information to justify a belief therein.

CXLVII.

The allegations contained in Paragraph 35 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 35 are denied for lack of sufficient information to justify a belief therein.

CXLVIII.

The allegations contained in Paragraph 36 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 36 are denied for lack of sufficient information to justify a belief therein.

CXLIX.

The allegations contained in Paragraph 37 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 37 are denied for lack of sufficient information to justify a belief therein.

CL.

The allegations contained in Paragraph 38 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 38 are denied for lack of sufficient information to justify a belief therein.

**THE APPRAISAL REPORT**

CLI.

The allegations contained in Paragraph 39 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 39 are denied for lack of sufficient information to justify a belief therein.

CLII.

The allegations contained in Paragraph 40 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 40 are denied for lack of sufficient information to justify a belief therein.

CLIII.

The allegations contained in Paragraph 41 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 41 are denied for lack of sufficient information to justify a belief therein.

CLIV.

The allegations contained in Paragraph 42 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 42 are denied for lack of sufficient information to justify a belief therein.

CLV.

The allegations contained in Paragraph 43 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 43 are denied for lack of sufficient information to justify a belief therein.

CLVI.

The allegations contained in Paragraph 44 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 44 are denied for lack of sufficient information to justify a belief therein.

CLVII.

The allegations contained in Paragraph 45 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however,

to the extent that same may be deemed necessary, the allegations of Paragraph 45 are denied for lack of sufficient information to justify a belief therein.

CLVIII.

The allegations contained in Paragraph 46 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 46 are denied for lack of sufficient information to justify a belief therein.

CLIX.

The allegations contained in Paragraph 47 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 47 are denied for lack of sufficient information to justify a belief therein.

CLX.

The allegations contained in Paragraph 48 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 48 are denied for lack of sufficient information to justify a belief therein.

CLXI.

The allegations contained in Paragraph 49 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 49 are denied for lack of sufficient information to justify a belief therein.

CLXII.

The allegations contained in Paragraph 50 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 50 are denied for lack of sufficient information to justify a belief therein.

CLXIII.

The allegations contained in Paragraph 51 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 51 are denied for lack of sufficient information to justify a belief therein.

**THE TRANSACTIONS – MARCH 2017**

CLXIV.

The allegations contained in Paragraph 52 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 52 are denied for lack of sufficient information to justify a belief therein.

CLXV.

The allegations contained in Paragraph 53 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 53 are denied for lack of sufficient information to justify a belief therein.

CLXVI.

The allegations contained in Paragraph 54 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 54 are denied for lack of sufficient information to justify a belief therein.

**THE SUBSEQUENT SALE**

CLXVII.

The allegations contained in Paragraph 55 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 55 are denied for lack of sufficient information to justify a belief therein.

CLXVIII.

The allegations contained in Paragraph 56 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 56 are denied for lack of sufficient information to justify a belief therein.

CLXIX.

The allegations contained in Paragraph 57 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 57 are denied for lack of sufficient information to justify a belief therein.

CLXX.

The allegations contained in Paragraph 58 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 58 are denied for lack of sufficient information to justify a belief therein.

**THE AUDIT**

CLXXI.

The allegations contained in Paragraph 59 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 59 are denied for lack of sufficient information to justify a belief therein.

CLXXII.

The allegations contained in Paragraph 60 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 60 are denied for lack of sufficient information to justify a belief therein.

CLXXIII.

The allegations contained in Paragraph 61 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 61 are denied for lack of sufficient information to justify a belief therein.

**FALSE STATEMENTS OF BAA, ANDREW BRYANT, CHRISTOPHER BRYANT, TAG AND/OR LYNDA SCULL**

CLXXIV.

The allegations contained in Paragraph 62 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 62 are denied for lack of sufficient information to justify a belief therein.

CLXXV.

The allegations contained in Paragraph 63 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 63 are denied for lack of sufficient information to justify a belief therein.

CLXXVI.

The allegations contained in Paragraph 64 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 64 are denied for lack of sufficient information to justify a belief therein.

CLXXVII.

The allegations contained in Paragraph 65 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 65 are denied for lack of sufficient information to justify a belief therein.

CLXXVIII.

The allegations contained in Paragraph 66 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 66 are denied for lack of sufficient information to justify a belief therein.

CLXXIX.

The allegations contained in Paragraph 67 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 67 are denied for lack of sufficient information to justify a belief therein.

CLXXX.

The allegations contained in Paragraph 68 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 68 are denied for lack of sufficient information to justify a belief therein.

CLXXXI.

The allegations contained in Paragraph 69 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 69 are denied for lack of sufficient information to justify a belief therein.

## CAUSES OF ACTION

### Breach of Contract

CLXXXII.

The allegations contained in Paragraph 70 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CLXXXIII.

The allegations contained in Paragraph 71 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 71 are denied for lack of sufficient information to justify a belief therein.

CLXXXIV.

The allegations contained in Paragraph 72 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 72 are denied for lack of sufficient information to justify a belief therein.

CLXXXV.

The allegations contained in Paragraph 73 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 73 are denied for lack of sufficient information to justify a belief therein.

CLXXXVI.

The allegations contained in Paragraph 74 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant;

however, to the extent that same may be deemed necessary, the allegations of Paragraph 74 are denied for lack of sufficient information to justify a belief therein.

### CLXXXVII.

The allegations contained in Paragraph 75 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 75 are denied for lack of sufficient information to justify a belief therein.

### CLXXXVIII.

The allegations contained in Paragraph 76 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 76 are denied for lack of sufficient information to justify a belief therein.

**Negligent Misrepresentation**

### CLXXXIX.

The allegations contained in Paragraph 77 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

### CXC.

The allegations contained in Paragraph 78 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 78 are denied for lack of sufficient information to justify a belief therein.

## CXCI.

The allegations contained in Paragraph 79 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 79 are denied for lack of sufficient information to justify a belief therein.

## CXCII.

The allegations contained in Paragraph 80 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 80 are denied for lack of sufficient information to justify a belief therein.

## CXCIII.

The allegations contained in Paragraph 81 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 81 are denied for lack of sufficient information to justify a belief therein.

## CXCIV.

The allegations contained in Paragraph 82 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 82 are denied for lack of sufficient information to justify a belief therein.

## CXCV.

The allegations contained in Paragraph 83 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant;

however, to the extent that same may be deemed necessary, the allegations of Paragraph 83 are denied for lack of sufficient information to justify a belief therein.

## CXCVI.

The allegations contained in Paragraph 84 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 84 are denied for lack of sufficient information to justify a belief therein.

## CXCVII.

The allegations contained in Paragraph 85 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 85 are denied for lack of sufficient information to justify a belief therein.

## CXCVIII.

The allegations contained in Paragraph 86 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 86 are denied for lack of sufficient information to justify a belief therein.

## CXCIX.

The allegations contained in Paragraph 87 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 87 are denied for lack of sufficient information to justify a belief therein.

CC.

The allegations contained in Paragraph 88 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 88 are denied for lack of sufficient information to justify a belief therein.

CCI.

The allegations contained in Paragraph 89 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 89 are denied for lack of sufficient information to justify a belief therein.

**Article 2315 – Statutory Violations that Caused Sterling Damages**

CCII.

The allegations contained in Paragraph 90 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CCIII.

The allegations contained in Paragraph 91 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 91 are denied for lack of sufficient information to justify a belief therein.

CCIV.

The allegations contained in Paragraph 92 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant;

however, to the extent that same may be deemed necessary, the allegations of Paragraph 92 are denied for lack of sufficient information to justify a belief therein.

### CCV.

The allegations contained in Paragraph 93 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 93 are denied for lack of sufficient information to justify a belief therein.

### CCVI.

The allegations contained in Paragraph 94 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 94 are denied for lack of sufficient information to justify a belief therein.

### CCVII.

The allegations contained in Paragraph 95 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 95 are denied.

**Negligence**

### CCVIII.

The allegations contained in Paragraph 96 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CCIX.

The allegations contained in Paragraph 97 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 97 are denied for lack of sufficient information to justify a belief therein.

CCX.

The allegations contained in Paragraph 98 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 98 are denied for lack of sufficient information to justify a belief therein.

CCXI.

The allegations contained in Paragraph 99 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 99 are denied for lack of sufficient information to justify a belief therein.

CCXII.

The allegations contained in Paragraph 100 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 100 are denied for lack of sufficient information to justify a belief therein.

CCXIII.

The allegations contained in Paragraph 101 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant;

however, to the extent that same may be deemed necessary, the allegations of Paragraph 101 are denied for lack of sufficient information to justify a belief therein.

**Fraud**

CCXIV.

The allegations contained in Paragraph 102 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CCXV.

The allegations contained in Paragraph 103 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 103 are denied for lack of sufficient information to justify a belief therein.

CCXVI.

The allegations contained in Paragraph 104 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 104 are denied for lack of sufficient information to justify a belief therein.

CCXVII.

The allegations contained in Paragraph 105 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 105 are denied for lack of sufficient information to justify a belief therein.

CCXVIII.

The allegations contained in Paragraph 106 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 106 are denied for lack of sufficient information to justify a belief therein.

**Louisiana Unfair Trade Practices Act**

CCXIX.

The allegations contained in Paragraph 107 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CCXX.

The allegations contained in Paragraph 108 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 108 are denied for lack of sufficient information to justify a belief therein.

CCXXI.

The allegations contained in Paragraph 109 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 109 are denied for lack of sufficient information to justify a belief therein.

CCXXII.

The allegations contained in Paragraph 110 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant;

however, to the extent that same may be deemed necessary, the allegations of Paragraph 110 are denied for lack of sufficient information to justify a belief therein.

### CCXXIII.

The allegations contained in Paragraph 111 of Plaintiffs' First Amending Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 111 are denied for lack of sufficient information to justify a belief therein.

### CCXXIV.

The allegations contained in Paragraph 112 of Plaintiffs' First Amending Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

### SUPPLEMENTAL AND AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES

### CCXXV.

Except to admit that Hiscox Insurance Company, Inc. is a foreign corporation authorized to do and doing business in the State of Louisiana, all other allegations contained in Paragraph 113 of Plaintiffs' Second Amended Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### CCXXVI.

The allegations contained in Paragraph 114 of Plaintiffs' Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 114 are denied.

CCXXVII.

The allegations contained in Paragraph 115 of Plaintiffs' Second Amended Complaint for Damages constitute conclusions of law and as such require no response on behalf of Defendant; however, to the extent that same may be deemed necessary, the allegations of Paragraph 115 are denied for lack of sufficient information to justify a belief therein.

CCXXVIII.

The allegations contained in Paragraph 116 of Plaintiffs' Second Amended Complaint for Damages require neither an affirmative nor negative response on behalf of Defendant.

CCXXIX.

The allegations contained in the prayer of Plaintiffs' Second Amended Complaint and all other allegations not expressly admitted or denied are hereby denied.

### AFFIRMATIVE DEFENSES

AND NOW, in further response to Plaintiffs' Original Petition for Damages, First Amending Complaint for Damages and Second Amended Complaint for Damages, Hiscox Insurance Company, Inc. responds as follows:

### First Defense

Hiscox avers that it does not provide coverage to the Welfont Group, LLC for the allegations set forth in Plaintiffs' Complaint.

### Second Defense

Hiscox avers that Policy No. UDC-1587093-EO-21 was cancelled for non-payment prior to any claim being made.

## Third Defense

Policy No. UDC-1587093-EO-20 is a claims made and reported policy for which no timely claim was brought for the actions made the subject of this suit.

## Fourth Defense

Any liability of Hiscox in this matter, which is expressly denied, is limited by the terms, conditions, exclusions, limitations, endorsement and provisions in Policy No. UDC-1587093-EO-20 and Policy No. UDC-1587093-EO-21 (the Policies) to the extent either may provide coverage, which as written documents are the best evidence of their terms, conditions, exclusions, limitations, endorsements and provisions.  Hiscox pleads the Policies' terms, conditions, exclusions, limitations, endorsements and provisions as if copied here *in extenso*.

To the extent either Policy provides coverage, Hiscox avers as follows:

## Fifth Defense

The Policies contain a limits of liability for which Hiscox affirmatively avers that any liability it may have under the Policies, which is expressly denied, is subject to the limits of insurance contained in the Policies.  Moreover, any coverage provided by the Policies is subject to the deductibles provided therein.

## Sixth Defense

Defendant has no duty to perform under the Policies, in whole or in part, unless and until all terms, provisions and conditions, including conditions precedent or subsequent and conditions on notice, contained in the Policies have been satisfied.  To the extent that any insured has not satisfied and/or has violated any condition identified in the Policies, Defendant has no liability.

### Seventh Defense

The Insuring Agreement DPL P001 CW (05/13) provides that:

    I.    INSURING AGREEMENT, DEFENSE AND SETTLEMENT

        A.  INSURING AGREEMENT

> **We** shall pay on **Your** behalf **Damages** and **Claim Expenses** in excess of the Deductible resulting from any covered **Claim** that is first made against **You** during the **Policy Period** and reported to **Us** pursuant to the terms of the Policy for **Wrongful Acts** committed on or after the **Retroactive Date**.
>
> …

No insurance is afforded, and no recovery from Hiscox is available, to the extent that any damages that may be awarded do not constitute Damages as defined in the Policies.

### Eighth Defense

No insurance is afforded, and no recovery from Hiscox is available, to the extent that any damages that may be awarded did not occur during the Policy Period as defined in the Policies.

### Ninth Defense

No insurance is afforded, and no recovery from Hiscox is available, to the extent that any damages that may be awarded was not a result of a Wrongful Act as defined in the Policies.

### Tenth Defense

The Policies contain exclusions on Form DPL P001 CW (05/13)- Professional Liability – US Direct Errors and Omissions, Section III. Exclusions, which provides in part:

    III.  EXCLUSIONS

> This Policy does not apply to and **We** shall have no obligation to pay any **Damages, Claim Expenses** or **Supplemental Payments** for any **Claim**:

A. based upon or arising out of any actual or alleged fraud, dishonesty, criminal conduct, or any knowingly wrongful, malicious, or intentional acts or omissions; provided, however, that:

   1. **We** will pay **Claim Expenses** until there is a final adjudication establishing such conduct, at which time **You** shall reimburse **Us** for such **Claim Expenses**; and
   2. this exclusion shall not apply to otherwise covered intentional acts or omissions resulting in a **Personal Injury**.

B. based upon or arising out of any actual or alleged gaining of any profit or advantage to which **You** were not legally entitled.

…

N. based upon or arising out of any actual or alleged false or deceptive advertising of **Your** goods or services or misrepresentation in adverting of **Your** goods or services, including but not limited to any wrongful description of prices of **Your** goods or services or the quality or performance of **Your** goods or services.

O. based upon or arising out of any actual or alleged breach of contract or breach of any implied or express warranty or guarantee; provided, however, this Exclusion shall not apply to:

   1. any obligation you have to perform your **Professional Services** with reasonable skill or care; and
   2. any liability You would have had in absence of such contract, warranty or guarantee.

…

No insurance is afforded, and no recovery from Hiscox is available, to the extent the Damages, Claim Expenses or Supplemental Payments for any Claim is based upon or arising out of any actual or alleged fraud, dishonesty, criminal conduct, or any knowingly wrongful, malicious, or intentional acts or omissions.

## **Eleventh Defense**

No insurance is afforded, and no recovery from Hiscox is available, to the extent the Damages, Claim Expenses or Supplemental Payments for any Claim is based upon or arising out of any actual or alleged gaining of any profit or advantage to which Welfont was not legally entitled.

## **Twelfth Defense**

The Policies contain definitions on Form DPL P001 CW (05/13) - Professional Liability – US Direct Errors and Omissions, Section VI. Definitions, which provides in part:

VI.  DEFINITIONS

…

D. **Claim Expenses** means the following that are incurred by **Us** or by **You** with **Our** prior written consent:

1. all reasonable and necessary fees, costs and expenses (including the fees of attorneys and experts) incurred in the investigation, defense and appeal of a **Claim**; and
2. premiums on appeal bonds, attachment bonds or similar bond.  Provided, however, **We** shall have no obligation to apply for or furnish any such bonds.

**Claim Expenses** shall not mean and **We** shall not be obligated to pay:

1. salaries, wages or expenses other than **Supplemental Payments**; or
2. the defense of any criminal investigation, criminal grand jury proceeding, or criminal action.

E. **Damages** means a monetary judgment or monetary award that **You** are legally obligated to pay (including pre-or post-judgment interest) or a monetary settlement negotiated by **Us** with **Your** consent.

**Damages** shall not mean and **We** shall not be obligated to pay:

1. fines, penalties, taxes, sanctions levied against **You**;
2. any punitive or exemplary damages or that portion of any multiplied damages award which exceeds the damage award so multipled, provided, however, that, if such damages are otherwise insurable under applicable law and regulation, **We** will pay an award of punitive or exemplary damages in excess of the Dedutible and up to a maximum sum of $250,000.  This limit shall be a part of and not in addition to the Limit of Liability set forth in Items 3. of the Declarations;
3. the return, reduction or restitution of **Your** fees, commissions, profits, or charges for goods provided or services rendered, including any over-charges or cost over-runs;
4. liquidated damages; or
5. **Your** cost of complying with injunctive relief.

…

U.  **Wrongful Act** means any actual or alleged breach of duty, negligent act, error, omission or **Personal Injury** committed by **You** in the performance of **Your Professional Services**.

…

No insurance is afforded, and no recovery from Hiscox is available, to the extent that any

of the above definitions are not met.

…

### **Thirteenth Defense**

The Policies also contain Endorsement 1- E5068.3 Real Estate Agent – Broker Services

Endorsement, which provides in pertinent part:

In consideration of the premium charged, it is understood and agreed that the Policy is amended as follows:

1.  In Clause VI. **DEFINITIONS**, paragraph O., "**Professional Services**," is amended to read as follows:

O.  **Professional Services** means real estate agent and/or real estate broker services, including any services as a notary public

performed in conjunction with such real estate agent and/or real estate broker services, performed for other for compensation.

No insurance is afforded, and no recovery from Hiscox is available, to the extent that any of the above definitions are not met.

### Fourteenth Defense

Hiscox has no duty to perform under the Policies, in whole or in part, unless and until all terms, provisions, and conditions, including conditions precedent or subsequent and conditions on notice, contained in the Policies have been satisfied.  To the extent that the insured has not satisfied and/or has violated any conditions identified in the Policies, Hiscox has no liability.

### Fifteenth Defense

The Policies are void *ab initio* to the extent it is discovered that the insured failed to disclose, concealed or misrepresented the nature of the insured's operations or other facts material to the risks undertaken by Hiscox.

### Sixteenth Defense

Hiscox affirmatively avers that Plaintiffs were contributorily negligent and that such negligence operates as a bar to, or in diminution of, Plaintiffs' claims herein.

### Seventeeth Defense

Hiscox affirmatively avers that Plaintiffs' damages, if any, are attributable to the acts and omissions of third parties for whom Hiscox is not responsible.

### Eighteenth Defense

Hiscox affirmatively avers that Plaintiffs' damages, if any, were proximately caused as a result of events or acts of persons or instrumentalities over which and whom Hiscox has no control and/or responsibility.

### Ninteenth Defense

Hiscox affirmatively avers that Plaintiffs' damages, if any, were the result of intervening/superseding causes.

### Twentieth Defense

Hiscox affirmatively avers that the claims asserted by Plaintiffs are barred, in whole or in part, to the extent that Plaintiffs failed to mitigate, minimize, avoid or abate any damages allegedly sustained or increased the hazard thereof.

### Twenty-First Defense

Plaintiffs' alleged damages, if any, were caused in whole or in part by its own errors, acts, decisions, omissions, negligence, assumption of the risk, and/or fault. Such errors, acts, decisions, omissions, negligence, assumption of the risk and/or fault should operate to completely bar recovery against Hiscox and its alleged insured or, alternatively, to reduce any recovery against Hiscox and its alleged insured.

### Twenty-Second Defense

Plaintiffs' claims are barred by the doctrines of waiver, estoppel, and/or unclean hands.

### Twenty-Third Defense.

Hiscox has no liability *ex delicto* to Plaintiffs.

### Twenty-Fourth Defense

Hiscox denies that it is liable *in solido* with any other party and denies further that it is liable for the fault of any party named or unnamed.

**Twenty-Fifth Defense**

Defendant affirmatively alleges that if it is liable in any way for damages in this matter, which is strictly denied, it is entitled to an offset and/or credit for any funds/damages Plaintiffs may be entitled to recover from other sources.

**Twenty-Sixth Defense**

Plaintiffs' alleged damages are barred by the terms and conditions of the agreement between the parties.

**Twenty-Seventh Defense**

Defendant expressly avers, adopts and pleads any and all affirmative defenses recognized under Louisiana Code of Civil Procedure article 1005 as well as any defense recognized under Louisiana or Federal jurisprudence as if copied herein verbatim and *in extenso.*

**Twenty-Eighth Defense**

Hiscox reserves the right to amend this answer to assert any additional defenses or any other applicable terms, provisions, exclusions, limitations or conditions of the Policies and applicable underlying policies that may become apparent during discovery and the ongoing investigation of this matter.

**Twenty-Ninth Defense**

Defendant requests a trial by jury on all issues in this cause.

WHEREFORE, all premises considered, Defendant, Hiscox Insurance Company, Inc., prays that its Supplemental and Amended Answer to the Original Complaint for Damages, First Amending Complaint for Damages and Second Amended Complaint for Damages of Sterling Resources Corporation and Arthur C. LeBlanc, Jr., be deemed good and sufficient and after all legal delays and due proceedings are had, this Honorable Court enter judgment herein in Hiscox

Insurance Company, Inc's favor and against Plaintiffs, with prejudice, and at Plaintiffs' cost, and grant Hiscox Insurance Company, Inc. such other, further and different relief as may be necessary and proper, including attorney's fees and costs, as the justice of this cause may require and permit. Further, Defendant prays for trial by jury.

Respectfully submitted,

DEGAN, BLANCHARD & NASH

SIDNEY W. DEGAN, III #04804
KARL H. SCHMID #25241
400 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone:  504.529.3333
Facsimile:  504.529.3337
E-mail:  sdegan@degan.com
E-mail:  kschmid@degan.com

By:    */s/Mandy Simon*
MANDY A. SIMON #33373
600 Jefferson Street, Suite 800
Lafayette, Louisiana 70501
Telephone:  337.345.8628
Facsimile:  337.345.5732
E-mail:  msimon@degan.com

*Counsel for Hiscox Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and has been served upon counsel for all parties to this proceeding via electronic filing notification, facsimile and/or first class United States Mail, properly addressed, postage prepaid, at the last known address.

Lafayette, Louisiana, this 30th day of November, 2022.

*/s/Mandy Simon*
MANDY A. SIMON